**Richard L. MARCRUM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77956.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 22, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 2001.

Application for Transfer Denied
Aug. 21, 2001.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Richard Marcrum (Movant) appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. The convictions sought to be vacated were for murder in the first degree and armed criminal action, for which Movant was sentenced to consecutive terms of life imprisonment without possibility of probation or parole and life imprisonment, respectively. We have reviewed the briefs of the parties and the record on appeal. The motion court's ruling was based on findings and conclusions that are not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided the parties with a memorandum solely for their use explaining the reasons for this decision. The motion court's judgment is affirmed pursuant to Rule 84.16(b).